

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00321-CR

Edward **ROCHA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR8265
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 26, 2020.

*Sandee Bryan Marion*

Luz Elena D. Chapa, Justice